**METROPOLITAN NEWSCLIPS SERVICE, INC., Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. 50603.**

Missouri Court of Appeals,
Western District.

Dec. 5, 1995.

J. Richard McEachern, Weier, Hocken-smith & Sherby, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gretchen Garrison, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from a denial of litigation expenses claimed under § 136.315, RSMo 1994.

Affirmed. Rule 84.16(b).